HENRY A. V. POST et al., Surviving Partners of the Firm of POST, MARTIN & CO., Respondents, *v.* CHARLES H. GREEN et al., Appellants.

*Post* v. *Green*, 10 App. Div. 316, affirmed.
(Submitted March 15, 1900; decided April 3, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 2, 1896, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*Abraham Gruber* for appellants.

*Edward B. Hill* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

WILLIAM GAMBLE, Respondent, *v.* NICHOLAS CUNEO, Appellant, Impleaded with Another.

*Gamble* v. *Cuneo*, 21 App. Div. 413, affirmed.
(Argued March 16, 1900; decided April 3, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1897, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, and granting a new trial.

*Frederick H. Man* and *Henry H. Man* for appellant.

*Franklin Pierce* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation for $5,415.50, with interest from April 6, 1897, with costs in all courts; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.